PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Robert Kevin Waters, Jr.                    **Docket Number:** 10-00805-001
                                                                  **PACTS Number:** 37153

**Name of Sentencing Judicial Officer:** HONORABLE MALCOLM J. HOWARD
                              UNITED STATES DISTRICT JUDGE ED/NC (Jurisdiction transferred on 12-01-10 & assigned to USDJ Katharine S. Hayden)

**Date of Original Sentence:** 06/09/2004

**Original Offense:** Interstate Travel or Transportation in Aid of Racketeering Enterprises-18 U.S.C. § 1952

**Original Sentence:** 60 months imprisonment; 5 years supervised release; Special Conditions: Alcohol/Drug Treatment and/or Urinalysis; Financial Disclosure; No New Debt; Search & Seizure; DNA testing.

**Type of Supervision:** Supervised Release              **Date Supervision Commenced:** 9-28-07

**Assistant U.S. Attorney:** Michael G. James, 310 New Bern Avenue, Suite 800, Raleigh, NC 27601-1461; (919) 856-4530.

**Defense Attorney:** Keith A. Williams, Esq., P.O. Box 1965, Greenville, NC 27835-1965; (252) 931-9362

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**'

                    On July 1, 2010, Robert Waters was arrested by officers from the Essex County Sheriff's Department in Newark, New Jersey. He was charged with Possession of a Controlled Substance (approximately 8 grams of cocaine), Distribution of a Controlled Substance, and Distribution of Cocaine near a School Property. On July 5, 2010, Robert Waters was released from the Essex County Jail after posting a bond of $60,000 with no 10%. On August 6, 2010, the case was referred to the grand jury before the State of New Jersey, Essex County Superior Court Judge Alfonse Cifelli.

2                   The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or**

PROB 12C - Page 2
Robert Kevin Waters, Jr.

questioned by a law enforcement officer.'

Offender has not notified the probation office of his arrest on July 1, 2010.

3    The offender has violated the standard supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender failed to report to the probation office on July 22, 2010. He has not made any contact with the probation office since June 22, 2010.

4    The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'

Offender moved from 11 Grand Avenue, Newark, NJ without notifying the probation office of the same.

I declare under penalty of perjury that the foregoing is true and correct.

By: Luis R. Gonzalez
Senior U.S. Probation Officer
Date: 12/7/10

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

12/8/10
Date